# United States Bankruptcy Court
## Eastern District of Michigan

In re **Samuel R Holton**
**Dallas M Custer-Holton**
Debtor(s)

Case No. **22-40781-mlo**
Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **Amazon.com Services, LLC**
**Attn Amazon Payroll**
**202 Westlake Ave. N.**
("Payor"), at **Seattle, WA 98109**

immediately forward and make payable to: **David Wm. Ruskin**
**Chapter 13 Trustee**
**1593 Reliable Parkway**
**Chicago, Illinois 60686-0015**

**$82.50** per ** **Weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, 401(k)/retirement accounts, and medical or other insurance premiums.

**Signed on February 11, 2022**

/s/ Maria L. Oxholm

Maria L. Oxholm
United States Bankruptcy Judge

**\*\*weekly       bi-weekly       semi-monthly       monthly**