UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
Samuel R Holton
Dallas M Custer-Holton

CASE NO: BKS-22-40781-MLO
CHAPTER 13
JUDGE MARIA L. OXHOLM

**Debtors**

## CERTIFICATE OF SERVICE

I certify that on the date indicated below a copy of a Payment Order was served, by depositing a copy in the U.S. Mail, postage prepaid properly addressed as follows:

Amazon.Com Services Inc
Attn Payroll
202 Westlake Ave
Seattle, Wa 98109

I further certify that on the date indicated below, I caused the Payment Order to be filed with the Clerk of the Court using the ECF system. The following parties were served electronically:

Frego & Associates - The Bankruptcy Law Office
23843 Joy Road
Dearborn Heights MI 48127

Dated: February 16, 2022

Office of the Chapter 13 Standing Trustee
/s/ ANGELA TYNER
ANGELA TYNER
For Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Rd Ste 1100
Southfield MI 48076
Telephone: (248) 352-7755