# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:

|  |  |
|---|---|
| | CHAPTER 13 |
| Samuel R Holton, | CASE NO. 22-40781-MLO |
| Dallas M Custer-Holton, | JUDGE MARIA L. OXHOLM |

DEBTORS.

_____/

## ORDER DISALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF <u>CREDIT ACCEPTANCE CORPORATION (PACER CLAIM NO. 3-1)</u>

This matter came before the Court on the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee (the "Claim Objection"; ECF No. 22) to Proof of Claim of Credit Acceptance Corporation (the "Claim"). Required parties were served with the Claim Objection and notice of the deadline for responses thereto. No response to the Claim Objection was timely filed and a certification of no response has been filed. The Court has reviewed the claim and the Claim Objection and is advised in the premises.

IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Credit Acceptance Corporation (PACER Claim No. 3-1) on February 4, 2022, in the amount of $9,175.92 is disallowed.

**Signed on May 11, 2022**

/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**